C. Brooks Cutter (SBN 121407)
Todd A. Walburg (SBN 213063)
Margot P. Cutter (SBN 306789)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email: *bcutter@cutterlaw.com;*
*twalburg@cutterlaw.com;*
*mcutter@cutterlaw.com*

Attorneys for Plaintiff Hilary Davis,
Susan Fischer, and Srihari Munnuru

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Hilary Davis,<br><br>    Plaintiff,<br>vs.<br><br>McKesson Corporation, et al.,<br><br>    Defendants. | Case No. 2:18-cv-01157-DGC<br>Case No. 2:18-cv-01778-DGC<br>Case No. 2:18-cv-001159-DGC<br><br>**JOINT STIPULATION REQUESTING TO MODIFY PROTECTIVE ORDER** |
| Susan Fischer,<br><br>    Plaintiff,<br>vs.<br><br>Bayer Healthcare Pharmaceuticals Inc, et al.,<br><br>    Defendants. | |
| Srihari Munnuru,<br><br>    Plaintiff,<br>vs.<br><br>Guerbet, LLC, et al,<br><br>    Defendants. | |

The parties hereby stipulate to a modification of the protective order entered in these actions.

The following paragraph will substitute for paragraph 3 of the current protective order:

The term "Counsel" will mean outside counsel of record, associated counsel, and attorneys, paralegals, secretaries, and support staff employed by such counsel.

A clean and a redline version of the protective order are hereby attached as exhibit A and B.

Dated: January 8, 2019

**CUTTER LAW, P.C.**

By: */s/ C. Brooks Cutter*
C. Brooks Cutter (SBN 121407)
Todd A. Walburg (SBN 213063)
Margot P. Cutter (SBN 306789)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email: *bcutter@cutterlaw.com;*
*twalburg@cutterlaw.com;*
*mcutter@cutterlaw.com*

*Attorneys for Plaintiffs Hilary Davis, Susan Fischer, and Srihari Munnuru*

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

By: */s/ Andrew Goldman*
Andrew Goldman
Jennifer Greenblatt
Allyson Julien
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 West Randolph Street

Suite 400
Chicago, Illinois 60661
(312) 681-6000

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC*

**BAKER STERCHI COWDEN & RICE, L.L.C.**

By: */s/ Paul Penticuff* _____
Thomas N. Sterchi
Paul S. Penticuff
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Phone: 816-471-2121
Fax: 816-472-0288
sterchi@bscr-law.com
penticuff@bscr-law.com

*Attorneys for Defendant Bracco Diagnostics, Inc*

**THE KENDALL LAW FIRM PC**

By: */s/ Jamie L. Kendall*
Jamie L. Kendall
Brad M. Welsh
THE KENDALL LAW FIRM PC
1201 County Line Road – Suite G
Bryn Mawr, Pennsylvania 19010
jkendall@tkfirm.com
bwelsh@tkfirm.com
Facsimile: 610.756.0202
Telephone: 610.756.0200

*Attorneys for Defendants Guerbet, LLC and Liebel-Flarsheim Company*

**SNELL & WILMER L.L.P.**

By: */s/ Devin K. Ross*
Devin K. Ross (*Pro Hac Vice*)
Robert T. Adams (*Pro Hac Vice*)
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Fax: (816) 421-5547
dkross@shb.com

*Attorneys for Defendants Mallinckrodt Inc. and Mallinckrodt LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing document with the Court by using the CM/ECF system. I certify that all parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system.

*/s/ C. Brooks Cutter*